1  Celeste M. Brecht (SBN 238604)
   Caroline D. Murray (SBN 301754)
2  Ramanda R. Luper (SBN 313606)
   JONES DAY
3  555 South Flower Street, 50th Floor
   Los Angeles, California 90071.2452
4  Telephone:   +1.213.489.3939
   Facsimile:   +1.213.243.2539
5  Email: cbrecht@jonesday.com
          carolinemurray@jonesday.com
6         rluper@jonesday.com

7  Attorneys for Defendant
   ABBOTT LABORATORIES
8

9            UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11

12 | ASHLEY VICKERS, Individually, and D.H., a minor child by and through a guardian ad litem, Ashley Vickers, | Case No. 1:22-cv-00773-JLT-BAM
13 | | Assigned for all purposes to Hon. Jennifer L. Thurston
14 | *Plaintiffs*, |
15 | v. | **JOINT STIPULATION TO STAY ALL PROCEEDINGS AND DEADLINES PENDING TRANSFER TO MDL 3026**
16 | MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, DIGNITY HEALTH d/b/a BAKERSFIELD MEMORIAL HOSPITAL, CHILDREN'S HOSPITAL LOS ANGELES, and DOES 1-10, inclusive, | Complaint Filed:   April 6, 2022
17 | | Action Removed:   June 23, 2022
18 | |
19 | *Defendants*. |
20

21

22

23

24

25

26

27

28

1    Plaintiffs Ashley Vickers and D.H. ("Plaintiffs"), Defendants Mead Johnson & Company,
2    LLC and Mead Johnson Nutrition Company (together, "Mead Johnson"), Defendant Abbott
3    Laboratories ("Abbott"), and Defendant Dignity Health d/b/a Bakersfield Memorial Hospital
4    ("Dignity") (collectively, the "Parties") hereby stipulate as follows:

5    WHEREAS, on April 6, 2022, Plaintiffs filed their Complaint in the Superior Court of the
6    State of California for the County of Kern, Case No. BCV-22-100810, wherein Plaintiffs assert
7    claims arising from the administration of Abbott's and/or Mead Johnson's specialized preterm
8    infant formula and/or human milk fortifiers;

9    WHEREAS, on April 8, 2022, the Judicial Panel for Multidistrict Litigation ("JPML")
10   agreed that centralized proceedings for these cases was necessary and established *In re Preterm
11   Infant Nutrition Prods. Liab. Litig.*, MDL 3026 and assigned it to Chief Judge Rebecca Pallmeyer
12   in the United States District Court for the Northern District of Illinois (the "MDL");

13   WHEREAS, on May 24, 2022, Abbott was served Plaintiffs' Complaint;

14   WHEREAS, on June 23, 2022, Abbott timely removed the above-captioned case (the
15   "Action") to the Eastern District of California on the basis of diversity jurisdiction pursuant to
16   28 U.S.C. § 1332 (Dkt. 1);

17   WHEREAS, on June 24, 2022, Abbott filed a "tag-along" notice to transfer this Action to
18   the MDL;

19   WHEREAS, on June 27, 2022, Abbott filed a Motion to Stay Pending JPML's Final
20   Decision on Transfer ("Motion to Stay"), which is set for hearing on August 5, 2022;

21   WHEREAS, on June 30, 2022, the JPML issued a Conditional Transfer Order ("CTO-
22   10") to transfer this Action to the MDL;

23   WHEREAS, Plaintiffs did not oppose CTO-10 by their deadline to do so (July 7, 2022),
24   thereby prompting the transfer of this Action to the MDL;

25   WHEREAS, on July 11, 2022, the Parties agreed to request this Court to stay all
26   proceedings and deadlines in this Action pending transfer to the MDL.

27
28


IT IS HEREBY STIPULATED AND JOINTLY REQUESTED that:

1. All proceedings and deadlines in this Action are stayed pending transfer to the MDL.
2. The hearing on Abbott's Motion to Stay, set for August 5, 2022, be vacated.

Dated: July 11, 2022

Respectfully submitted,

JONES DAY

By: */s/ Celeste M. Brecht*
Celeste M. Brecht
Caroline D. Murray
Ramanda R. Luper

*Attorneys for Defendant*
Abbott Laboratories

Dated: July 11, 2022

STEPTOE & JOHNSON LLP

By: */s/ Jonathan M. Baum*
Jonathan M. Baum

*Attorneys for Defendants*
Mead Johnson & Company, LLC and Mead Johnson Nutrition Company

Dated: July 11, 2022

GRANT & EISENHOFER, P.A.

By: */s/ M. Elizabeth Graham*
M. Elizabeth Graham

*Attorneys for Plaintiffs*

Dated: July 11, 2022

LOW, MCKINLEY, & SALENKO, LLP

By: */s/ Nicholas J. Leonard*
Nicholas J. Leonard

*Attorneys for Defendant*
Dignity Health